UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEMPER INDEPENDENCE INSURANCE COMPANY,

Plaintiff,

v.

HOMELAND INSURANCE COMPANY OF NEW YORK,

Defendant.

Case No.  22-cv-05041-SVK

**ORDER TO SHOW CAUSE RE SETTLEMENT**

Re: Dkt. No. 34

The Parties report that this case has settled.  All previously-scheduled deadlines and appearances are vacated.

By **June 6, 2023**, the Parties shall file a stipulation of dismissal.  If a dismissal is not filed by the specified date, then the Parties shall appear on **June 13, 2023 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed.  Additionally, the Parties shall file a statement in response to this Order no later than **June 6, 2023**, describing with specificity (1) the Parties' efforts to finalize settlement within the time provided, and (2) whether additional time is necessary, the reasons therefor, and the minimum amount of time required to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated, and the Parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: April 28, 2023

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California