TAMIKO A. DUNHAM (SBN: 233455)
tdunham@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
101 Montgomery Street, Suite 2300
San Francisco, CA 94104
Telephone:     (415) 745-3770
Facsimile:     (415) 745-3771

CHRISTIAN P. JONES (*Pro Hac Vice*)
cjones@intactinsurance.com
JOYCE S. MIN (*Pro Hac Vice*)
jmin@intactinsurance.com
INTACT U.S. COVERAGE
LITIGATION GROUP
44 Whippany Road
Morristown, NJ 07960
Telephone:     (781) 332-7126
Facsimile:     (888) 252-0578

Attorneys for Defendant
HOMELAND INSURANCE
COMPANY OF NEW YORK

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEMPER INDEPENDENCE INSURANCE COMPANY, an Illinois corporation<br><br>Plaintiff,<br><br>vs.<br><br>HOMELAND INSURANCE COMPANY OF NEW YORK, a New York corporation,<br><br>Defendant. | Case No. 5:22-cv-05041-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>Judge:     Hon. Susan van Keulen |

IT IS HEREBY STIPULATED by and between Plaintiff Kemper Independence Insurance Company and Defendant Homeland Insurance Company of New York, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP

41(a)(1)(A)(ii) with each party bearing its own attorney's fees and costs of litigation.

Dated:  June 6, 2023                              NICOLAIDES FINK THORPE
                                                  MICHAELIDES SULLIVAN LLP

                                   By:      */s/ Tamiko A. Dunham*
                                            Tamiko A. Dunham
                                            Attorney for Defendant Homeland Insurance
                                            Company of New York

Dated:  June 6, 2023                              WILLIAMS & WOLLITZ PC

                                   By:      */s/ Howard N. Wollitz*
                                            Howard N. Wollitz
                                            Attorney for Plaintiff Kemper Independence
                                            Insurance Company

### Statement of Authority to File

Per Civil L.R. 5-1(h)(3), I attest that all signatories on this document and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing of this document.

Dated:  June 6, 2023                              NICOLAIDES FINK THORPE
                                                  MICHAELIDES SULLIVAN LLP

                                   By:      */s/ Tamiko A. Dunham*
                                            Tamiko A. Dunham
                                            Attorney for Defendant Homeland Insurance
                                            Company of New York

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMPER INDEPENDENCE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>HOMELAND INSURANCE COMPANY OF NEW YORK, a New York corporation,<br><br>Defendants. | Case No. 5:22-cv-05041-SVK<br><br>**[PROPOSED] ORDER OF DISMISSAL**<br><br>Honorable Susan van Keulen |

Pursuant to the parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the above-entitled action is dismissed in its entirety with prejudice with each party bearing its own attorney's fees and costs of litigation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____

_____
Honorable Susan van Keulen
United States Magistrate Judge